# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Charles Sealey,                                    :
               Petitioner            :
                               :
             v.                              :         No. 1524 C.D. 2019
                               :
Workers' Compensation Appeal        :
Board (Elwyn Inc.),                           :
               Respondent         :

**PER CURIAM**                          **O R D E R**

NOW, November 18, 2020, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is denied.